UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| WILLIAM E. WALKER | ) | BK. NO. 07-70358 |
| PHYLLIS WALKER | ) | |
| | ) | |
| DEBTORS. | ) | CHAPTER 13 |

MOTION TO EMPLOY PROFESSIONAL PERSON

Now Come the Debtors, William and Phyllis Walker, and in support of the Motion to Employ Professional Person pursuant to 11 USC 327 and in support thereof shows the following:

1. The Debtor, Phyllis Walker, had pre-petition retained Mark A. Wells, of The Law Offices of Mark A. Wells to represent her in a personal injury case..

2. Attached hereto and incorporated herein is a copy of the contract for legal services between the Debtor, Phyllis Walker, and The Law Offices of Mark A. Wells.

3. Also attached hereto is a Statement Re No Division that attests to the fact that the attorney does not have an interest adverse to the bankruptcy estate.

4. The Debtor believes that the employment of Mark A. Wells, of The Law Offices of Mark A. Wells is in the interest of the Debtor and the creditors in this case.

WHEREFORE, the Debtor prays that the Court approve the employment of Mark A. Wells of The Law Offices of Mark A. Wells as set forth in the attached agreement as counsel for the Debtor and for such other relief as may be appropriate and just.

Respectfully submitted,
William and Phyllis Walker


By:     /s/ Robert Follmer
        Attorney for Debtors
        Ostling and Associates
        201 W. Olive Street
        Bloomington, IL 61701
        Phone: 309-827-3030
        Fax: 309-827-3131

LEGAL REPRESENTATION AGREEMENT
CONTINGENCY

THIS AGREEMENT made this __11th__ day of __July__, 200_6_, in __Decatur__, _____ between __Phyllis Walker__, of __Decatur, IL__ (hereinafter referred to as "Client") and The Law Offices of Mark A. Wells located at 417 East Canedy Street, Springfield, Illinois (hereinafter referred to as "Counsel"), WITNESSETH:

Client employs the Counsel to represent client regarding matters concerning the personal injury which occurred to Client on __7-8-05 (per Client)__.

In consideration of such legal representation Client agrees to pay attorney fees contingent upon obtaining a recovery against the adverse party as follows:

- 33 1/3% of any recovery received from out of court settlement
- 33 1/3% of any recovery if client sues
- 33 1/3% if appealed

**Counsel shall not be entitled to any fees unless a recovery is obtained against the adverse party;** provided, that if Client elects to discharge Counsel at any state of this contract before final settlement, judgement or other final disposition, Counsel shall be entitled to compensation on an hourly charge basis at the rate of $250.00 per hour for the time spent on this matter out of court and $300.00 per hour for the time in court; and Counsel shall have a lien upon any recovery to the extent of such earned time, plus unreimbursed expenses advanced by counsel.

Client agrees to pay, in addition to the above fees, all expenses of such legal representation including, but not limited to, court costs, expert witness fees, if required, costs of obtaining or copying documents, investigation's fees and expenses, and out-of-pocket expenses of Counsel. Client understands that such expenses are to be deducted after the fee is calculated; i.e., from the Client's share (percentage) of the recovery

Upon final disposition of the action, Counsel shall prepare a closing statement setting forth in detail all information necessary to present a definitive state of the Counsel's fee, the Client's share and any deductions from the Client's share attributable to unreimbursed expenses. Client shall be furnished with a copy of the closing statement.

Counsel will exercise his best professional abilities in an attempt to recover adequate compensation or damages from the adverse party and will endeavor to do so in reasonable time, as may be permitted by court scheduling, other client commitments and delays inherent in asserting such claims.

Counsel may use any other attorney for consultation, filing purposes or other related reasons

but such a relationship shall not increase the attorney fees of the client in any way.

If Client has given Counsel advance payment on expenses, it is agreed between Client and Counsel that Counsel may notify Client on a monthly basis of the transfer of sums from the Client's trust account, as expenses are incurred.

IN WITNESS THEROF, Counsel and Client have signed this contract.

_____
Attorney

_____
Client

_____
Client

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

IN RE: )
)
WILLIAM E. WALKER ) BK. NO. 07-70358
PHYLLIS WALKER )
)
DEBTORS. ) CHAPTER 13

### VERIFIED STATEMENT IN SUPPORT OF APPLICATION FOR EMPLOYMENT OF ATTORNEY

Mark A. Wells, states as follows for the Statement of Disinterest:

1. I am an attorney of The Law Offices of Mark A. Wells. My office address is 417 East Canedy Street, Springfield, IL 62703.

2. I was employed by Phyllis Walker as attorney to represent her in a personal injury case. I have a contingent fee agreement with the Debtor.

3. To the best of my knowledge and information, I have no undisclosed connection with the Debtor, creditors of the Debtor, or any other party of interest, their respective attorneys and accountants, the United States Trustee, any person employed in the Office of the United States Trustee located in Peoria, Illinois. Neither I or my office has any such undisclosed connections. Based on the forgoing, I believe that I am disinterested within the meaning of 11 U.S.C Section 101(4). There is no agreement between me and any other person or persons for sharing of compensation in any form or guise which is prohibited by 11 U.S.C. 504.

Further affiant sayeth not:

_____          Date: 3/4/09
Mark A. Wells, Attorney at Law

CERTIFICATE OF SERVICE

      I, Brian Tarvin, Bankruptcy Assistant for Ostling & Associates, do hereby certify that a copy of the **Motion to Employ Professional Person** was mailed to the following individuals on the 8th day of April, 2009 by enclosing the same in an envelope addressed to such person(s) at their business address, as disclosed by the pleadings of record herein, with postage fully prepaid, and by depositing said envelope in a United States Post Office mail box in Bloomington, Illinois:

                    /s/ Brian Tarvin

All Midwest Collection
306 W Eldorado
Decatur IL 62522-2153

Beneficial
3160 N Water
Decatur IL 62526-2466

Debbie S Champion
#1 S Memorial Drive
Ste 1800
St Louis MO 63102-2450

Hasting Mutual Ins
C/O Stivers & Powers
817 S Grand Ave West
Springfield IL 62704-3640

Illinois Dept of Transportatio
Division of Traffic Safety
3215 Executive Park Drive
Springfield IL 62766-0001

Midnight Velvet
1112 7th Ave
Monroe WI 53566-1364

Sprint
P O Box 8077
London KY 40742-8077

(p)TRIAD FINANCIAL CORP
5201 RUFE SNOW DRIVE
SUITE 400
NORTH RICHLAND HILLS TX 76180-6036

Homeq Servicing Corporation
6 Executive Circle
Suite 100
Irvine, CA 92614-6732

Ameren IP
PO Box 2522
Decatur IL 62525-2522

Beneficial Illinois Inc
961 Weigel Dr
Elmhurst Il 60126-1058

General Revenue Corp
PO Box 429587
Cincinnati OH 45242-9587

Heights Finance Corporation
2931 N Monroe St
Decatur IL 62526

Leading Edge Recovery
PO Box 505
Linden MI 48451-0505

Midwest Credit & Collection
P O Box 445
Decatur IL 62525-0445

Sprint Nextel Corporation
Attn Bankruptcy
P.O. Box 172408
Denver, CO 80217-2408

William and Phyllis A. Walker

1237 Ravina Ave.
Decatur, IL 62526-3180

AmerenIP
c/o Debbie S Champion
1 Memorial Dr #1800
St Louis, MO 63102-2450

City of Decatur, Illinois, a municipal Corpo
C/O Midwest Credit & Collection Inc
PO Box 445
Decatur Il 62525-0445

(p)WACHOVIA BANK NA
PO BOX 13765
ROANOKE VA 24037-3765

Law Offices of Mark Wells
417 E. Canedy Street
Springfield, IL 62703
Homeq Servicing Corporation

6 Executive Circle #100
Irvine, CA 92614-6732

Midland Credit Management
P O Box 939019
San Diego CA 92193-9019

Robert and Mary Schoonover
1412 N Stanley Ave
Decatur IL 62526-3367

Stivers & Powers
817 S Grand Ave West
PO Box 5253
Springfield IL 62705-5253

Wilber & Associates
P O Box 2159
Bloomington IL 61702-2159

Notice of the pleading was electronically mailed to the following individuals:

John Germeraad, Trustee
United States Trustee