UNITED STATED BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| WILLIAM E. WALKER | ) | BK. NO. 07-70358 |
| PHYLLIS A. WALKER | ) | |
| | ) | |
| DEBTOR. | ) | CHAPTER 13 |

## MOTION TO APPROVE ATTORNEY FEES

NOW COME the Debtors, William and Phyllis Walker, by and through their attorney, Ostling & Associates, and in support of the Motion to Approve Attorney Fees state as follows:

1. The Bankruptcy case was filed on February 28, 2007.
2. The Chapter 13 Plan was confirmed on June 21, 2007.
3. An Order was entered on May 12, 2009 employing Mark A. Wells, attorney at law, to represent the Debtor, Phyllis A. Walker, in her personal injury case.
4. Said personal injury suit has been settled for the total amount of $45,000.00 and Mark A. Wells is entitled to receive $15,000.00 for his attorney fees, plus $975.06 Mark A. Wells incurred to obtain medical records and pay the subrogation lien to Illinois Department of Healthcare & Family Services in the amount of $2,011.01. The Debtors have attached a copy of the Settlement Contract as an Exhibit to this Motion to Approve Attorney Fees.

WHEREFORE, the Debtors pray for the Court to enter an Order approving Mr. Mark A. Wells request for attorney's fees in the amount of $15,000.00, plus an additional $975.06 for expenses advanced and the subrogation lien in the amount of $2,011.01 and for any other relief this Court deems just and fair.

Respectfully Submitted,
William and Phyllis Walker

By:   /s/ Robert Follmer
      Attorney at Law
      Ostling & Associates
      201 W. Olive
      Bloomington, IL 61701
      309-827-3030

CERTIFICATE OF SERVICE

      I, Brian Tarvin, Bankruptcy Assistant for Ostling & Associates, do hereby certify that a copy of the **Motion to Approve Attorney Fees** was mailed to the following individuals on the 16th day of June, 2010 by enclosing the same in an envelope addressed to such person(s) at their business address, as disclosed by the pleadings of record herein, with postage fully prepaid, and by depositing said envelope in a United States Post Office mail box in Bloomington, Illinois:

/s/ Brian Tarvin

AmerenIP
c/o Debbie S Champion
1 Memorial Dr #1800
St Louis, MO 63102-2450

City of Decatur, Illinois, a municipal Corpo
C/O Midwest Credit & Collection Inc
PO Box 445
Decatur Il 62525-0445

Hasting Mutual Ins
C/O Stivers & Powers
817 S Grand Ave West
Springfield IL 62704-3640

Illinois Dept of Transportation
Division of Traffic Safety
3215 Executive Park Drive
Springfield IL 62766-0001

Midnight Velvet
1112 7th Ave
Monroe WI 53566-1364

Sprint
P O Box 8077
London KY 40742-8077

(p)TRIAD FINANCIAL CORP
5201 RUFE SNOW DRIVE
SUITE 400
NORTH RICHLAND HILLS TX 76180-6036

Homeq Servicing Corporation
6 Executive Circle
Suite 100
Irvine, CA 92614-6732

All Midwest Collection
306 W Eldorado
Decatur IL 62522-2153

Beneficial
3160 N Water
Decatur IL 62526-2466

Debbie S Champion
#1 S Memorial Drive
Ste 1800
St Louis MO 63102-2450

Heights Finance Corporation
2931 N Monroe St
Decatur IL 62526

Leading Edge Recovery
PO Box 505
Linden MI 48451-0505

Midwest Credit & Collection
P O Box 445
Decatur IL 62525-0445

Sprint Nextel Corporation
Attn Bankruptcy
P.O. Box 172408
Denver, CO 80217-2408

Mark A Wells
The Law Offices of Mark A Wells
417 E Canedy Street
Springfield, IL 62703-2205

Wells Fargo Bank,
c/o Rosicki, Rosicki & Associates, P.C.
Outsource Management
51 East Bethpage Road
Plainview, NY 11803-4224

AMEREN IP
ATTN COLLECTIONS
PO BOX 2543
DECATUR IL 62525-2543

Beneficial Illinois Inc
961 Weigel Dr
Elmhurst Il 60126-1058

WACHOVIA BANK NA
PO BOX 13765
ROANOKE VA 24037-3765

Homeq Servicing Corporation
6 Executive Circle #100
Irvine, CA 92614-6732

Midland Credit Management
P O Box 939019
San Diego CA 92193-9019

Robert and Mary Schoonover
1412 N Stanley Ave
Decatur IL 62526-3367

Stivers & Powers
817 S Grand Ave West
PO Box 5253
Springfield IL 62705-5253

Wilber & Associates
P O Box 2159
Bloomington IL 61702-2159

William and Phyllis Walker
1237 Ravina Ave.
Decatur, IL 62526-3180

Notice of the pleading was **electronically mailed** to the following individuals:

John Germeraad, Trustee

United States Trustee