**IT IS SO ORDERED.**

**SIGNED THIS: August 06, 2010**

_____
**MARY P. GORMAN**
**UNITED STATES BANKRUPTCY JUDGE**
_____


UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| WILLIAM E. WALKER | ) | BK. NO. 07-70358 |
| PHYLLIS WALKER | ) | |
| | ) | |
| DEBTORS. | ) | CHAPTER 13 |

ORDER APPROVING ATTORNEY FEES

This cause coming before the Court on the Debtors' Motion to Approve Attorney Fees and this Court being fully advised as to the premises:

IT IS HEREBY ORDERED that pursuant to the Order entered herein on May 12, 2009 allowing Motion to Employ Professional Person, Mark A. Wells shall be paid attorney fees in the amount of $15,000.00 and expenses in the amount of $975.06.

IT IS FURTHER ORDERED that Illinois Department of Healthcare & Family Services shall be paid $2,011.01 for it's subrogation lien against the settlement proceeds.

###